Order entered July 26, 2017



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-00380-CR

### ANIL KUMAR PEDDIKUPPA, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the County Criminal Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. MB15-45821-F**

## ORDER

Before the Court is appellant's July 24, 2017 motion to extend time to file appellant's brief. We **GRANT** the motion and **ORDER** appellant's brief filed on or before **Monday, August 21, 2017**.

/s/     LANA MYERS
          JUSTICE